**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
DIVISION: <u>Miami</u>

In re:  Case No. 19-19586-AJC
  Chapter 13

VANESSA OCASIO-FUENTES

_____ Debtor(s)    /

**CERTIFICATE OF SERVICE**

I certify that a true copy of the Debtor's <u>1st Amended Plan, D.E. #22</u>, was served via U.S. Mail on all parties identified on the service list attached hereto as Exhibit "A" on September 9, 2019.


<u>/s/ Matthew E. Mazur, Jr., Esq.</u>
Matthew E. Mazur, Jr., Esq.
FBN: 0144614
Address 2645 Executive Park Drive, Suite 110
Weston, FL, 33331
Phone (305) 466-3328
Email: mmazurjr@mazur-law.com
Dated: 9-17-19

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 19-19586-AJC<br>Southern District of Florida<br>Miami<br>Sun Sep  8 16:27:46 EDT 2019 | Synchrony Bank<br>PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Citibank<br>Attn: Recovery/Centralized Bankruptcy<br>POB 790034<br>St Louis, MO 63179-0034 |
| Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 | Loancare<br>Attn: Customer Service<br>POB 8068<br>Virginia Beach, VA 23450-8068 | Loancare<br>POB 37628<br>Philadelphia, PA 19101-0628 |
| Myrna Varela Espinoza<br>780 NE 119th Street<br>Biscayne Park, FL 33161-6359 | Navy Federal Credit Union<br>Attn: Bankruptcy Dept<br>POB 3000<br>Merrifield, VA 22119-3000 | Nissan Motor Acceptance<br>POB 660366<br>Dallas, TX  75266-0366 |
| Nissan Motor Acceptance Corp<br>POB 660360<br>Dallas, TX 75266-0360 | Nissan Motor Acceptance Corp<br>POB 660577<br>Dallas, TX 75266-0577 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Synchrony Bank / Mattress Firm<br>Attn: Bankruptcy<br>POB 965060<br>Orlando, FL 32896-5060 | United Wholesale Mortgage, ISOA<br>585 South Blvd.<br>Pontiac, MI 48341-3163 | Matthew Mazur Jr<br>Matthew Mazur, P.A.<br>2645 Executive Park Drive<br>Suite 110<br>Weston, FL 33331-3624 |
| Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 | Vanessa Ocasio-Fuentes<br>17 Dolphin Road<br>Key Largo, FL 33037-2912 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Lakeview Loan Servicing, LLC. | (u)Miami | End of Label Matrix<br>Mailable recipients    16<br>Bypassed recipients     2<br>Total                  18 |



EXHIBIT A